UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: | ) | CASE NO. A15-69730-JRS |
|---|---|---|
|  | ) | CHAPTER 13 |
| DONNELL DEMETRIUS PRINCE | ) |  |
|  | ) |  |
|  | ) |  |
| DEBTOR | ) | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Nancy J. Whaley files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 2 | 6669 | $7,436.82 | $7,436.82 | $7,436.82 |
| Total Amount Paid by Trustee |  |  |  | $7,436.82 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit        **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

Case No:  A15-69730-JRS

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Notice of Final Cure Payment by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

DONNELL DEMETRIUS PRINCE
5570 GRAMMERCY DR. SW
ATLANTA, GA  30349

U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE
C/O SN SERVICING CORPORATION
323 FIFTH STREET
EUREKA,, CA  95501

ELECTRONIC SERVICE -
KING & KING LAW LLC

ELECTRONIC SERVICE -
UNITED STATES TRUSTEE

This the 22nd day of April, 2019

/s/_____
  Nancy J. Whaley
  Standing Chapter 13 Trustee
  State Bar No. 377941
  303 Peachtree Center Avenue, NE
  Suite 120
  Atlanta, GA 30303
  678-992-1201